IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| ELAINE HAUSCHILDT | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. CV415-301 |
| | § | |
| BRIGHTWAY INSURANCE, INC., | § | |
| AMERICAN STRATEGIC INSURANCE | § | |
| CORP, CHRISTOPHER LOGAN HOOKS | § | |
| | § | |
| Defendants. | § | |

## **Consent Order for Substitution of Parties**

Having read and considered Plaintiff's Consent Motion for Substitution of Parties in the above-styled action and the Plaintiff having represented to this Court that all affected Parties having consented to the entry of this Order, this Court hereby **GRANTS** Plaintiff's Consent Motion for Substitution of Gambit Holdings, LLC. It is hereby ORDERED that Gambit Holdings, LLC be substituted in place of Christopher Logan Hooks as a Defendant in the above referenced case. It is further ORDERED that the Plaintiff's Complaint will be deemed to be amended to replace all references of Christopher Logan Hooks with Gambit Holdings, LLC and the Answer of Christopher Logan Hooks will be deemed to be amended to replace all references of Christopher Logan Hooks with Gambit Holdings, LLC.

SO ORDERED this 25th day of January, 2016.

~~LISA GODBEY WOOD~~
Magistrate
JUDGE, UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
GEORGIA, SAVANNAH DIVISION